Walter F. Strockbine, Appellant, v. Frank H. Harriman, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Julia F. Wright, as Administratrix, etc., Respondent, v. Charles D. Smith and Others, Appellants. Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

The People of the State of New York, Respondent, v. Louis Berkowitz, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed by default. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

The People of the State of New York ex rel. Charles E. Tomkins, Respondent, v. John B. Riley and Others, as the Board of Parole of State Prisons, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Antonio Spina, as Administrator, etc., of Charles Spina, Deceased, Plaintiff, v. The City of New York, Defendant.— Motion for a new trial, on exceptions to be heard by the Appellate Division, denied, and judgment unanimously directed dismissing plaintiff's complaint, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

Nellie Montgomery, Appellant, v. The City of New York and Interborough Rapid Transit Company, Respondents.— Appeal dismissed, without costs, on consent of all parties. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Herbert W. Cramp, Appellant, v. Chester A. Dady and Others, Appellants. Alice A. Davis and Others, Respondents.— Motions denied, without costs. Present — Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ.

In the Matter of the Application of the Public Service Commission, etc. Utica Avenue Route.— Motion granted, and fees of commissioners fixed. Present — Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ. Order to be settled before Mr. Justice Putnam.

Edward B. Kinsila, Appellant, v. Lee Shubert and Others, Respondants.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ.

Harry T. Armstrong and Alice Armstrong, His Wife, Respondents, v. John Knox and Others, Defendants, Impleaded with Louisa Travis, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Karl Bohuny, Respondent, v. Frank B. Soden, Appellant.— Judgment and order of the County Court of Kings county affirmed, with costs. No opinion. Carr, Rich and Putnam, JJ., concurred; Jenks, P. J., and Thomas, J., dissented.

Leander B. Faber, as Receiver in Supplementary Proceedings, Appellant, v. Harry A. Hanbury and Others, Respondents.— Judgment affirmed, with costs. The findings that the defendant Hart brought and conducted his foreclosure suit, including the sale thereunder, in good faith and without fraud, are sustained by the proofs. Whatever remedy the plaintiff, as receiver, may have against the other defendants, he has no right or equity